No. 94–1293. MISSISSIPPI *v.* DUPLANTIS. Sup. Ct. Miss. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1597. TRANSCRAFT CORP. ET AL. *v.* LIBERTY MUTUAL INSURANCE CO., INC., ET AL. C. A. 7th Cir. Motion of petitioners for leave to file affidavit of Stewart C. Myers denied. Certiorari denied.

No. 94–8637. JOSE *v.* UNITED ENGINEERS & CONSTRUCTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–8638. JOSE *v.* HARMON, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari before judgment denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–9230 (A–856). WARD *v.* CAIN, WARDEN. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 94–9266 (A–874). WARD *v.* CAIN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. 94–1146. WALSH *v.* SOUTHWEST FLAGLER ASSOCIATES, LTD., *ante,* p. 1016;

No. 94–1283. QUALLS *v.* REGIONAL TRANSPORTATION DISTRICT ET AL.; and QUALLS ET AL. *v.* REGIONAL TRANSPORTATION DISTRICT ET AL., *ante,* p. 1010;

No. 94–1325. JACKSON ET AL. *v.* UNITED STATES, *ante,* p. 1005;

No. 94–6940. FOSTER *v.* MISSISSIPPI, *ante,* p. 1019;

No. 94–6974. DEL VECCHIO *v.* ILLINOIS DEPARTMENT OF CORRECTIONS, *ante,* p. 1037;

No. 94–7164. CERNY *v.* WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante,* p. 1037;

1124

No. 94–7455.  FUDGE v. CALIFORNIA, *ante*, p. 1021;

No. 94–7651.  SHEA v. PIERCETON TRUCKING CO., INC., *ante*, p. 1007;

No. 94–7672.  PRICE v. NORTH CAROLINA, *ante*, p. 1021;

No. 94–7704.  WEINSTEIN v. LASOVER ET AL., *ante*, p. 1022;

No. 94–7730.  HARPER v. HATCHER TRAILER PARK, *ante*, p. 1022;

No. 94–7808.  WILKINS v. CALIFORNIA, *ante*, p. 1024;

No. 94–7815.  MOITY v. FARM CREDIT BANK OF TEXAS, *ante*, p. 1025;

No. 94–7877.  SHARROCK v. ROMER, GOVERNOR OF COLORADO, ET AL., *ante*, p. 1026;

No. 94–7880.  IN RE VOHRA, *ante*, p. 1026;

No. 94–7931.  SANDERS v. REVELL, COMMISSIONER, FLORIDA PAROLE COMMISSION, ET AL., *ante*, p. 1039;

No. 94–7937.  ENGLEFIELD v. GEORGE, *ante*, p. 1039;

No. 94–7951.  ZAVALA v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL., *ante*, p. 1039; and

No. 94–8019.  CALIFORRNIAA v. CALIFORNIA, *ante*, p. 1053. Petitions for rehearing denied.

No. 94–1302.  CRAWFORD v. LAMANTIA ET AL., *ante*, p. 1032. Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 17, 1995

No. 94–9265 (A–873).  DEVIER v. THOMAS, WARDEN.  C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.  The order heretofore entered by the Court [*ante*, p. 1105] is vacated.

No. 94–9277.  DEVIER v. THOMAS, WARDEN.  C. A. 11th Cir. Certiorari denied.

MAY 22, 1995

No. 94–1059.  CALAMIA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari granted, judgment vacated, and case remanded for further consid-